Name Teresa LaVerne Harris
Street Address 11901 E. 62nd Terrace
City and County Kansas City, Jackson
State and Zip Code Missouri 64133
Telephone Number (816) 516-9315

FILED

OCT 06 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Dr. Teresa LaVerne Harris

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

PowerSchool Group llc

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 2:25-cv-2872 DAD JDP (P
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Teresa LaVerne Harris |
| Street Address | 11901 E. 62nd Terrace |
| City and County | Kansas City, Jackson |
| State and Zip Code | Missouri - 64133 |
| Telephone Number | (816) 516-9315 |
| E-mail Address | ddrteresa@yahoo.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | PowerSchool |
| Job or Title (if known) | Release Train Engineer/Agile Coach |
| Street Address | 150 Parkshore Drive |
| City and County | Folsom Sacramento |
| State and Zip Code | California, 95630 |
| Telephone Number | (434) 941-9127 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

State and Zip Code ______________________
Telephone Number ______________________
E-mail Address ______________________
(if known)

Defendant No. 3

Name ______________________
Job or Title ______________________
(if known)
Street Address ______________________
City and County ______________________
State and Zip Code ______________________
Telephone Number ______________________
E-mail Address ______________________
(if known)

Defendant No. 4

Name ______________________
Job or Title ______________________
(if known)
Street Address ______________________
City and County ______________________
State and Zip Code ______________________
Telephone Number ______________________
E-mail Address ______________________
(if known)

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name ______________________
Street Address ______________________
City and County ______________________
State and Zip Code ______________________
Telephone Number ______________________

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

______________________________

☐ Relevant state law *(specify, if known)*:

______________________________

☐ Relevant city or county law *(specify, if known)*:

______________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☒ Failure to hire me.
- ☒ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: ______________________

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

October 2023 thru 12/2023

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race ______________________
- ☒ color ______________________
- ☒ gender/sex ______________________
- ☒ religion ______________________
- ☐ national origin ______________________
- ☒ age. My year of birth is 6-28-60. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

______________________

E. The facts of my case are as follows. Attach additional pages if needed.

Please see Attached EEOC - Charge Filed

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

5/10/2024

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☒ issued a Notice of Right to Sue letter, which I received on *(date)* 9/11/2025.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☒ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$1,000,000.00 (One Million Dollars)
1) Threats to physically Harm Me by Greta)
2) Denied Promotion - (Mental / Emotional Abuse)
3) Race Discrimination / Sex / Age / Religion / Retaliation
4) Racial Epithet - (Curse words / hatred / Abuse
5) Taunting / Bullying - Suzu Gretel + Team Members
6) Wrong Termination, 7) Retaliation

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/22, 2025

Signature of Plaintiff Dr. Teresa L. Harris

Printed Name of Plaintiff Dr. Teresa L. Harris

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 2079 0030 71

Retail

UNITED STATES POSTAL SERVICE

66101

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
RAYTOWN, MO 64133
MAY 14, 2024

$9.68

R2305K135167-76

FROM: Teresa L. Harris
11901 E. 62nd Place
Kansas City, MO
64133

TO: EEOC
400 State Ave
Suite 905
Kansas City, KS
66101

563-2024-02865
Received in EEOC 5/17/2024

RECEIVED
MAY 17 2024
EEOC - KCAO

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: Harris First Name: Teresa MI: L

Street or Mailing Address: 11901 E. 62nd Terrace Apt or Unit #: N/A

City: Kansas City County: Jackson State: MO Zip: 64133

Phone Numbers: Home: (___) ______ Work: (___) ______

Cell: (816) 516-9315 Email Address: ddrteresa@yahoo.com

Date of Birth: 06/28/1960 Sex: ☐ Male ☒ Female Do You Have a Disability? ☐ Yes ☒ No

**Please answer each of the next three questions.** i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White ☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? USA

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Mori J. Harris Relationship: Son

Address: 11901 E. 62nd Terrace City: Kansas City State: MO Zip Code: 64133

Home Phone: (___) ______ Other Phone: (816) 516-9309

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) ______

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☒ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

**Organization Name:** PowerSchool

Address: 150 Parkshore Drive County: Sacramento

City: Folsom State: CA Zip: 95630 Phone: (877) 873-1550

Type of Business: Education Job Location if different from Org. Address: Remote

Human Resources Director or Owner Name: Peyton Shearer Phone: (434) 941-9127

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15 ☐ 15 – 100 ☐ 101 – 200 ☐ 201 – 500 ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☒ No

Date Hired: 10/3/2023 Job Title At Hire: Sr. Agile Coach/Release Train Engi[neer] Technical Project Man[ager]

Pay Rate When Hired: $130,000/year Last or Current Pay Rate: $130,000/yr

Job Title at Time of Alleged Discrimination: Release Train Engineer Date Quit/Discharged: Friday - 12/1/202[3]

Name and Title of Immediate Supervisor: Gretel Baumgartner

If Job Applicant, Date You Applied for Job: N/A Job Title Applied For: N/A

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to* Race. *If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to* Retaliation.

☒ Race ☒ Sex ☒ Age ☐ Disability ☐ National Origin ☒ Religion ☒ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing ii. family medical history iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: Ordained Ministry

If you checked genetic information, how did the employer obtain the genetic information? ____________

5/10/2024

Other reason (basis) for discrimination (Explain): (Please refer to Attachment Page 1 of 2

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** 12/1/2023 **Action:** Discharged by Gretel Baumgartner / Demand exit & Computer
Gretel Kept tormenting/harassing me and telling me I thought I was

**Name and Title of Person(s) Responsible:** Gretel Baumgartner better than her/IT Lead

**B. Date:** 11/2023 **Action:** Continuous harassment Racist Name calling Black Nigger, Black Ass, Verbal/Mental/Emotional Abuse After New CEO/Merger acknowledged my

**Name and Title of Person(s) Responsible** Kelley, Lead IT, Shawn, Scrum Master outstanding training work & performance

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**

Kept bullying/harassing and during Team Mtgs to exit off the Computer

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**

Gretel Baumgartner-Manager She/IT Leaders felt that I Thought I was better than them after the New CEO acknowledged my Awesome Training Sk...

**8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.**

**Of the persons in the same or similar situation as you, who was treated *better* than you?**

| | Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|---|
| A. | Kelley | White/Male/50 | IT Leader | Respect/Well Treated |
| | Shawn | White/Male/40 | IT Leader | Respect/Well Treated |
| B. | Stephen Bass | White/Male 50 | IT Leader | Respect/Well Treated |

Gretel Baumgartner-Kelley/Shawn joined together cussing, abusing & mistreating me with their harassment Demanding I get Exit my computer.

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | None | | |
| B. | None | | |

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | None | | |
| B. | None | | |

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9. Please check all that apply:** N/A

- ☐ Yes, I have a disability
- ☐ I do not have a disability now but I did have one
- ☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**

☐ Yes ☐ No

If "Yes," what medication, medical equipment or other assistance do you use?

N/A

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**

☐ Yes ☐ No

If "Yes," when did you ask? ______________ How did you ask (verbally or in writing)? ______________

Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: N/A

How did your employer respond to your request? N/A

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| | Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|---|
| A. | Shane O'Malley | Scrum master | shaneomalley5@gmail.com (647) 836-0427 | Witnessed Racial Discrimination Verbal/Mental/Emotional Abuse |
| B. | Peyton Shearer, HR-Rep | | (434) 941-9127 | Reported Cretell/Sean to HR |

**14. Have you filed a charge previously on this matter with the EEOC or another agency?** ☐ Yes ☒ No

**15. If you filed a complaint with another agency, provide the name of agency and the date of filing:** N/A

**16. Have you sought help about this situation from a union, an attorney, or any other source?** ☐ Yes ☒ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.** If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.**

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. **I also understand that I could lose my rights if I do not file a charge in time.**

**BOX 2** ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.** I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

[signature] 5/10/2024
**Signature** **Today's Date**

**PRIVACY ACT STATEMENT:** This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) **FORM NUMBER/TITLE/DATE.** EEOC Intake Questionnaire (9/20/08). 2) **AUTHORITY.** 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)

3) **PRINCIPAL PURPOSE.** The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) **ROUTINE USES.** EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.

5) **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.** Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

EEOC Complaint PowerSchool Attachment No. 2
Teresa L. Harris vs. PowerSchool Friday - 5/10/2024

12/01/2023 - Gretel Baumgartner, West-PowerSchool/Merged-10/23. Invited me to a Video mtg with HR and read a script and asap demanded that I exit the cmptr.

11/2023 - New CEO/PS hosted a combined Co Video Mtg and announced he was intrigued with my PhD/New IT SAFe-Agile Scrum Training skills because he had privately attended one of my SAFe-Agile-Scrum Video Training sessions. New CEO recommended that I join the New PS Mentorship Program for a VP position.

11/2023-Gretel and a few of our Ldrs and IT Scrum (Engnrs/Devs), subjected me to an extremely hostile work environment with threats & violence.

11/2023 - Gretel called me a Black Nigger and I thought that I was better than her and her IT Scrum Team Leaders. She and her IT Leaders had worked at the former Co. West before the mrger for over 10 yrs and they were not about to allow me to be promoted over them and she demanded an answer that I understood what she was saying or she would kick my black ass out that day.

11/2023 - Grete told me the only way I could stay working in PS is that I work my assigned for hire job duties and work the job duties for every IT Scrum Leader in her Work Group.

Gretel and Scrum IT Ldrs called me racists names: Black Bitch, Nigger and Black Ass. She informed me she could not sleep all night long and that she had to prove to the New CEO/PS that she has more value than me.

During our IT Scrum Engr/Devs/Ldrs mtg Gretel would support Shawn, Kelly and additional IT Ldrs, calling me names and telling me to get my Black Ass off of their computer because I was no longer needed or wanted by their work group and just because the CEO wanted to promote me; I was not better than any of them.

11/2023 – Retaliation – I informed a Black VP, of the harassment, hostile work environment, emotional/verbal/mental abuse, threats to be fired, being cursed out if she was allowed to Mentor me for a VP Role. The Black VP reassured me that she and my Direct Report-Gretel Baumgartner had been work partners for over 10 years and my job was safe.

12/1/2023 – However, when I texted and inform the Black VP that Gretel Baumgartner just kicked me off the computer and took my job away from me to block my VP promotion and to be Mentored in the New PowerSchool VP Mentoring program; the Black VP just responded; "Teresa, I wish you the Best"!

11/2023-12/1/12023 - I worked in a Hostile work environment, enduring racial discrimination, Retaliation, Age/Sex/Religion Discrimination, called racial names: black bitch, nigger, get your black ass out of here. subjected to emotional/mental/verbal abuse, denied my promotion and lastly suffered from a Wrongful Termination after working over 12 hours daily on a Monday thru Friday, 40 hour work week.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Kansas City Area Office**

Gateway Tower II
400 State Avenue, Suite 905
Kansas City, KS 66101
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Kansas City Direct Dial: (913) 340-8810
FAX (913) 551-6957
Website: www.eeoc.gov

September 11, 2025

Dr. Teresa L. Harris
11901 E 62nd Terrace
Kansas City, MO 64133

Re: Dr. Teresa L. Harris v. PowerSchool Group LLC Charge
No.: 563-2024-02865

Dear Dr. Teresa L. Harris:

This letter is being written as the determination regarding the above-referenced Charge of Discrimination. In the Charge, you alleged you were subjected to retaliation and discrimination based on your race, sex, religion, and age.

We have reviewed the evidence you provided, and the evidence obtained from the employer's files in connection with your allegations. The evidence EEOC has gathered does not suggest you were harassed or denied a promotion because of your sex (female), race (African American), religion, and age (62); or that you were discharged in retaliation for complaining of discrimination. Specifically, there is no evidence to support you applied for a promotion. There is no evidence to support you were subjected to unwelcome comments or conduct due to your protected classes. The Respondent provided evidence indicating you were discharged due to a reduction in force because there were several duplicative and redundant roles after an acquisition. Also, 30 employees with different demographics were included in the reduction in force. These facts do not support a conclusion that you were subjected to harassment or denied a promotion because of your protected classes.

The Respondent acknowledges that you made a complaint to Human Resources after being notified your role would be eliminated. The complaint did not reference or include a protected activity. There is no evidence to support you made a protected complaint prior to being discharged.

After reviewing the available evidence, it appears unlikely that further investigation will substantiate a finding of unlawful discrimination. This does not mean the claims have no merit or that the respondent is in compliance with the statutes. However, it does mean the EEOC will end its administrative processing of your charge of discrimination and will issue a Dismissal and Notice of Rights. You will have ninety (90) days from the date of receipt of the Notice of Rights to file a private lawsuit against the Respondent in Federal District Court.

If you have any questions or if you would like to discuss EEOC's proposed determination, you may contact Precious Roberts, Equal Opportunity Investigator, at Precious.Roberts@eeoc.gov or at the address listed in the letterhead

Sincerely,

Precious Roberts
Equal Opportunity Investigator cc:

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Kansas City Area Office**
400 State Ave, Suite 905
Kansas City, KS 66101
(913) 340-8810
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/11/2025

**To:** Dr. Teresa L. Harris
11901 E 62nd Terrace
Kansas City, MO 64133 Charge
No: 563-2024-02865

EEOC Representative and email: PRECIOUS ROBERTS
EQUAL OPPORTUNITY INVESTIGATOR
PRECIOUS.ROBERTS@EEOC.GOV

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 563-2024-02865.

On behalf of the Commission,

Digitally Signed By:David Davis
09/11/2025

---

David Davis

District Director

**Cc:**
Darron J Flagg
Powerschool
150 Parkshore Drive
Folsom, CA 95630

Please retain this Notice for your records.

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law****. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal.** Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**<u>To make a FOIA request for your charge file</u>**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a



FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 563-2024-02865 to the District Director at David Davis, 1222 Spruce St Rm 8 100, St Louis, MO 63103.

**<u>To make a Section 83 request for your charge file</u>**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 563-2024-02865 to the District Director at David Davis, 1222 Spruce St Rm 8 100, St Louis, MO 63103.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section83-disclosure-information-charge-files.